James Henry Flournoy ID: P00154293
Marin County Jail
13 Peter Behr Dr.
San Rafael, CA 94903

24-cv-00319-CRB